UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 0:13-CV-60654**

THE PROVIDENT BANK, a foreign corporation

        Plaintiff,

v.

MR. WONDERFUL, INC., a Florida corporation, d/b/a DAVEY MARINE CENTER, ELITE FINANCIAL GROUP, INC., a Florida corporation, MARINE FINANCE SERVICES, INC., a Florida corporation, ALAN BAUM, a Florida resident, JACK BITTLEMAN, a Florida resident, OSCAR FERNANDIZ, a Florida resident, and FAUSTO SANCHEZ, a Florida resident,

        Defendants.

_____

**DEFENDANT MARINE FINANCE SERVICES, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant, Marine Finance Services, Inc., ("Marine Finance"), pursuant to FED. R. CIV. P. 7.1, files this Corporate Disclosure Statement:

Marine Finance states there is no parent corporation or publicly held corporation that owns ten percent (10%) or more of the stock of Marine Finance Services, Inc.

DATE: June 12, 2013

                                    Respectfully submitted,
                                    DIAZ REUS & TARG, LLP
                                    Miami Tower, Suite 2600
                                    100 Southeast Second Street
                                    Miami, Florida 33131
                                    Telephone: (305) 375-9220
                                    Facsimile:  (305) 375-8050

        s/ Paola Sanchez Torres
        Michael Diaz, Jr. (Florida Bar No. 606774)
        Attorney Email Address:  mdiaz@diazreus.com
        Chad S. Purdie (Florida Bar No. 41965)
        Attorney Email Address: cpurdie@diazreus.com
        Paola Sanchez Torres (Florida Bar No. 99639)
        Attorney Email Address: psanchez@diazreus.com
        *Attorneys for Defendants Fausto Sanchez*
        *and Marine Finance Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        s/ Paola Sanchez Torres
        Paola Sanchez Torres

## SERVICE LIST

*The Provident Bank*
*v.*
*Mr. Wonderful, Inc., et al.*
**CASE NO. 0:13-CV-60654**
**United States District Court, Southern District of Florida**

Robert D. McIntosh
rdm@mcintoshschwartz.com
Adam B. Cooke
acooke@mcintoshschwartz.com
McIntosh Schwartz P.L.
888 Southeast 3rd Avenue Suite 500
Fort Lauderdale, Florida 33316-1159
*Counsel for Plaintiff The Provident Bank*

Donald J. Thomas
don@beltlawyers.com
Lewis & Thomas, LLP
445 East Palmetto Park Road
Boca Raton, Florida 33434
*Counsel for Defendants Mr. Wonderful, Inc.*
*and Oscar Fernandiz*

John Marcus Siracusa
Janssen & Siracusa, P.A.
120 South Olive Avenue, Suite 504
West Palm Beach, Florida 33401
*Counsel for Elite Financial Group and Alan Baum*

Jack Bittleman
11631 Northwest 29th Street
Sunrise, Florida 33323
*Defendant*